UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA A. REINERTSON,<br><br>        Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>        Defendants. | CASE NO. C02-1646-RSM<br><br>ORDER |

The Court, having reviewed the Plaintiff's Motions for Attorney fees, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)     The Court adopts the Report and Recommendation;

(2)     The Plaintiff's Motion for Attorney Fees (Dkt. # 29) is GRANTED in the amount of $12,403.90 in fees, $820.70 in costs and 236.47 in expenses and, for attorneys fees for Croil Anderson in the amount of $4,606.62 along with $192.54 in costs and $112.15 in expenses;

(3)     The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this 6 day of   June  , 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1